JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY HOWARD VAUGHN,            )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>                                 )<br> v.                              )<br>                                 )<br> CAROLYN W. COLVIN,              )<br> Acting Comm'r of Social Security, )<br>                                 )<br>         Defendant,              )<br>                                 )<br> _____ ) | Case No.1:15-cv-01247-SMS<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE CONFIDENTIAL LETTER<br>BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to February 24, 2016, for Plaintiff to serve his Confidential Letter Brief on Defendant, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension, which is requested because Plaintiff's counsel is experiencing a backload in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  February 8, 2016        JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date:  February 8, 2016        BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/\*Lara Bradt*
LARA BRADT
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

<u>ORDER</u>

APPROVED.

IT IS SO ORDERED.

   Dated:  **February 12, 2016**            **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE