JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PERRY HOWARD VAUGHN, | ) | Case No.  1:15-CV-01247-SMS |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ORDER** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING** |
| | ) | **BRIEF** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to June 11, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension for filing of the Opening Brief, which is requested because of Plaintiff's counsel's recent poor health and family reasons, which have caused a backlog in her workload.

1    The parties further stipulate that the Court's Scheduling Order be modified
2 accordingly.

Respectfully submitted,

Date:  April 26, 2016                    JACQUELINE A. FORSLUND
                                         Attorney at Law


                                         /s/Jacqueline A. Forslund
                                         JACQUELINE A. FORSLUND

                                         Attorney for Plaintiff



Date:  April 26, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney
                                         DEBORAH STACHEL
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/Sharon Lahey
                                         SHARON LAHEY
                                         Special Assistant United States Attorney
                                         *By email authorization

                                         Attorney for Defendant


                         ORDER

APPROVED AND SO ORDERED


DATED:  4/27/2016              /s/ SANDRA M. SNYDER
                               UNITED STATES MAGISTRATE JUDGE



**Vaughn v. Colvin**         **Stipulation and Proposed Order**     **E.D. Cal. 1:15-cv-01247-SMS**