EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LARA A. BRADT, CSBN 289036
    Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PERRY HOWARD VAUGHN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:15-cv-01247-SMS<br><br>**STIPULATION TO EXTEND SCHEDULE**; **ORDER** |

The parties stipulate through counsel to extend the time by 30 days—from July 13, 2016 to August 12, 2016—for Defendant to file and serve her responsive brief, with Plaintiff's reply deadline extended accordingly.  Defendant's counsel requests this extension because counsel has six summary judgment briefs due between today and July 26, 2016, in addition to several other approaching deadlines and upcoming travel.  This is Defendant's first request for an extension of time.

-1-

Respectfully submitted,

Date: *July 11, 2016*  JACQUELINE ANNA FORSLUND

By:  */s/ Jacqueline Anna Forslund\**
Jacqueline Anna Forslund
*\*By e-mail authorization on Jul. 11, 2016*
Attorney for Plaintiff

Date:  *July 11, 2016*  BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT

By:  */s/ Lara A. Bradt*
LARA A. BRADT
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **July 11, 2016**                **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE