JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PERRY HOWARD VAUGHN,          )
                              )   Case No. 1:15-cv-01247-SMS
        Plaintiff,            )
                              )   **STIPULATION AND**
                              )   **ORDER FOR EXTENSION OF TIME**
v.                            )   **TO FILE PLAINTIFF'S REPLY**
                              )   **BRIEF**
CAROLYN W. COLVIN,            )
Acting Comm'r of Social Security, )
                              )
        Defendant,            )
                              )
_____)

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 days to September 12, 2016, for Plaintiff to file the Reply Brief, in accordance with the Court's Scheduling Order.  This is the first extension of time Plaintiff has requested for the filing of the Reply Brief and is requested because Plaintiff's counsel is experiencing a significant backlog in her workload.

**Vaughn v. Colvin**   **Stipulation and Proposed Order**  E.D. Cal. 1:15-cv-01247-SMS

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  August 27, 2016				JACQUELINE A. FORSLUND
						Attorney at Law


						*/s/Jacqueline A. Forslund*
						JACQUELINE A. FORSLUND

						Attorney for Plaintiff


Date:  August 29, 2016				PHILIP A. TALBERT
						Acting United States Attorney
						DEBORAH STACHEL
						Acting Regional Chief Counsel, Region IX
						Social Security Administration

						*/s/\*Lara A. Bradt*
						LARA A. BRADT
						Special Assistant United States Attorney
						*By email authorization

						Attorneys for Defendant

						ORDER

IT IS SO ORDERED.

   Dated:   **August 29, 2016**			     **/s/ Sandra M. Snyder**
						UNITED STATES MAGISTRATE JUDGE

**Vaughn v. Colvin**          **Stipulation and Proposed Order**          **E.D. Cal. 1:15-cv-01247-SMS**